BRIGHT, Circuit Judge,
concurring.
I concur but write separately to comment on the sentence. After Trancheff serves his fifteen-year sentence, he will be deported to Bulgaria. Meanwhile, it will cost United States taxpayers around $390,000 for Trancheffs care in prison. See United States v. Brewer, 624 F.3d 900, 911 n. 11 (8th Cir.2010) (Bright, J., dissenting) (noting federal incarceration costs about $26,000 per year). It seems to me, we ought to deport Trancheff immediately, rather than have taxpayers feed, clothe, and shelter Trancheff for the next fifteen years. That federal money could be better spent. See United States v. Loaiza-Sanchez, 622 F.3d 939, 942 (8th Cir.2010) (Bright, J., dissenting) (explaining that long sentences for those facing deportation make little sense in most cases and at a heavy cost to our government); United States v. Chavez, 230 F.3d 1089, 1092 (8th Cir.2000) (Bright, J., concurring) (same).